JAMES KEEGAN et al., Appellants, *v.* JOHN SMITH, Impleaded, Etc., Respondent.

APPEAL from a judgment entered in favor of defendants.

D. McMahon, for appellants.

A. M. Clute, for respondent.

*Per Curiam.* The judgment herein is affirmed for the reason assigned by the trial justice in his opinion.

Present: FITZSIMONS and O'DWYER, JJ.

Judgment affirmed.

———

HENRY BERGER, Appellant, *v.* JOHN MEANEY, Respondent.

APPEAL from an order.

J. G. Ritter, for appellant.

Powel & Kropf, for respondent.

*Per Curiam.* Order appealed from affirmed, with costs.

Present: VAN WYCK, Ch. J., FITZSIMONS and O'DWYER, JJ.

Order affirmed, with costs.

———

MICHAEL REILLY, Respondent, *v.* EDWARD R. POERSCHKE et al., Appellants.

APPEAL from a judgment entered in favor of the plaintiff.

Fromme Bros., for appellants.

F. Schaeffler, for respondent.

O'DWYER, J. Judgment affirmed, with costs.

VAN WYCK, Ch. J., and FITZSIMONS, J., concur.

Judgment affirmed, with costs.